UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DONNA ANN GABRIELE CHECHELE,

                        Plaintiff,

       -against-

THOMAS G. DUNDON and SANTANDER
CONSUMER USA HOLDINGS INC.,

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 10544 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for March 3, 2020 at 9:30 a.m. and status conference scheduled for April 7, 2020 at 9:45 a.m. are cancelled.

This Court will hear oral argument on Defendant Thomas G. Dundon's motion to dismiss, (ECF No. 18), on April 14, 2020 at 10:30 a.m.

All other deadlines set forth by this Court are suspended pending the resolution of the motion to dismiss.

Dated: New York, New York
       February 26, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge