UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

DONNA ANN GABRIELE CHECHELE,

                      Plaintiff,

    -against-

THOMAS G. DUNDON et al.,

                      Defendants.

------------------------------------------------------------- x

ORDER

19 Civ. 10544 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The April 14, 2020 oral argument is adjourned to June 16, 2020 at 10:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge