```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONNA ANN GABRIELE CHECHELE,            :
                                        :
                        Plaintiff,      :
                                        :                ORDER
        -against-                       :
                                        :         19 Civ. 10544 (GBD)
THOMAS G. DUNDON et al.,                :
                                        :
                        Defendants.     :
------------------------------------------------------------x
```

GEORGE B. DANIELS, United States District Judge:

    The June 16, 2020 oral argument is adjourned to July 7, 2020 at 10:30 a.m.

Dated: New York, New York          SO ORDERED.
       June 9, 2020

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: JUN 09 2020*