UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DONNA ANN GABRIELE CHECHELE,

                Plaintiff,

      -against-

THOMAS G. DUNDON et al.,

              Defendants.
------------------------------------- x

ORDER

19 Civ. 10544 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The July 7, 2020 oral argument is cancelled. Defendant's motion to dismiss, (ECF No. 18), will be decided on submission without oral argument.

Dated: New York, New York
       July 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge