UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA ANN GABRIELE CHECHELE,

                Plaintiff,

    -against-

THOMAS G. DUNDON,

               Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2020

19 **CIVIL** 10544 (GBD)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 17, 2020, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       August 18, 2020

                                                     RUBY J. KRAJICK

                                                     Clerk of Court

                            BY:

                                                      Deputy Clerk